**Juan C. AYALA, Petitioner**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 2015–3029.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2016.

Lorenzo Wilson Tijerina, Law Office of Lorenzo W. Tijerina, San Antonio, TX, argued for petitioner.

James R. Sweet, Commercial Ligation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Claudia Burke; Pamela B. Peck, Office of the Chief Counsel, United States Immigration and Customs Enforcement, Department of Homeland Security, Washington, DC.

REYNA, TARANTO, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**